## United States District Court
### Violation Notice
(Rev. 1/2020)

16-0 77778

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| O N60 | E 1548347 | Sexton | 1007 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03/14/26 0846 | 36 CFR 4.12 |

Place of Offense:
Riverview RD and VaughnRP

Offense Description: Factual Basis for Charge  HAZMAT ☐
failure to comply with
traffic control device: Stop Sign

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Jonathan | M |

Street Address: ████████

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| JZ4 237 | OH | 19 | Chev | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 100 Forfeiture Amount
− $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ 130 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1548347*

---

I state that on _____ 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
             Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
             Date (mm/dd/yyyy)           U.S. Magistrate Judge

HAZMAT = Hazardous material involved in the incident. PASS = 9 or more passenger vehicle. CDL = Commercial drivers license. CMV = Commercial vehicle involved in accident.